954

No. 538. G. L. Christian & Associates v. United States. Court of Claims. Certiorari denied. *Gilbert A. Cuneo, Norman R. Crozier, Jr., Chester H. Johnson, William L. Hillyer, Wilson Johnston, Eldon H. Crowell* and *Ashley Sellers* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States. *Travis Brown* for Associated General Contractors of America, and *John B. Olverson* and *Mark E. Richardson* for Electronic Industries Association, as *amici curiae*, in support of the petition.

No. 543. United States v. Maryland for the Use of Meyer et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *David L. Rose* for the United States. *Richard W. Galiher, William E. Stewart, Jr., Louis G. Davidson* and *Peter J. McBreen* for respondents.

No. 471. Judy Bond, Inc., v. Kreindler. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. Mr. Justice Goldberg took no part in the consideration or decision of this petition. *Edward C. Wallace* and *Marshall C. Berger* for petitioner. *Isadore Katz* for respondent.

No. 136, Misc. Aias et al. v. Louisiana. Supreme Court of Louisiana. Certiorari denied. *George H. Fust* for petitioners. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *M. E. Culligan,* Assistant Attorney General, for respondent.